IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KIP WILLIAM DAUGHTRY | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-430 |
| UNITED STATES OF AMERICA | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Movant, Kip William Daughtry, a former inmate at FCI Seagoville, proceeding *pro se*, filed what appears to be a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). [Dkt. 14].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. A final judgment will be entered in accordance with the recommendations of the magistrate judge.

**SIGNED this 29th day of April, 2026.**

_____
Michael J. Truncale
United States District Judge

---

[1] A copy of the Report and Recommendation was returned with the notation "Return to Sender, Refused." [Dkt. 15]. A review of the website for the Bureau of Prisons reveals that Movant was released from prison on April 11, 2025. *See* https://www.bop.gov/inmateloc/. Movant has failed to update the court with his current address.